RECEIVED
JAN 13 2017
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| MIKE HOOKS, LLC | : | CIVIL ACTION NO. 16-cv-1140 |
| VERSUS | : | JUDGE MINALDI |
| TYRONE BROWN | : | MAGISTRATE JUDGE KAY |

## ORDER

At the request of Judge Minaldi, it is

ORDERED that this matter be transferred to Judge Donald E. Walter.

THUS DONE AND SIGNED this 13 day of JANUARY, 2017.

DEE D. DRELL
Chief Judge